IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, <br><br> Plaintiffs, <br><br> v. <br><br> CRI CONSTRUCTION SERVICES INC, <br><br> Defendant. | Case No. 23-CV-00449 <br><br> Hon. Philip P. Simon <br><br> Mag. Andrew P. Rodovich |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

The Parties, Plaintiffs, Trustees of the Construction Workers Pension Trust Fund – Lake County and Vicinity, and the Trustees of the Construction Workers HRA Trust Fund – Lake County and Vicinity ("the Funds"), by and through their attorney, Naomi Frisch of Asher, Gittler & D'Alba, Ltd., and Defendant, CRI Construction Services Inc., by and through its Attorney, Todd Miller of Allocco Miller, PC, hereby submit this joint motion for Entry of Stipulated Judgment pursuant to Fed. R. Civ. P. 58. In support of their motion, the Parties state as follows:

1. In this action, Plaintiffs bring claims against Defendant under the provisions of Sections 502(g)(2), 502 (a)(3), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g)(2), 1132(a)(3), and 1145, seeking to compel compliance with a requested audit and collect any resulting delinquent contributions and related sums pursuant to applicable collective bargaining agreements and plan documents.

1

2.      Defendant answered the Complaint on April 23, 2024, a proposed discovery plan was entered on June 20, 2024, and those deadlines were extended on April 11, 2025. [Dkts. 14, 18, 21].

3.      On July 2, 2025, Plaintiffs filed a motion to compel discovery from Defendant, in order to complete the Audit. [Dkt. 22].

4.      Defendant did not respond to the motion. Accordingly, on July 21, 2025, the Court granted the motion and ordered Defendant to produce the requested discovery by July 28, 2025. [Dkt. 24].

5.      Defendant did not provide the documents as requested, however, believing that seeking any further compliance action by the Court was futile and an inefficient use of resources, Plaintiffs decided to use the information they had available to attempt to complete the Audit.

6.      On or around October 29, 2025, Plaintiffs completed a draft Audit showing estimated contributions owed of $51,273.98, including associated liquidated damages and interest pursuant to the Funds' Trust Agreements. Audit fees of $9,990.00 were also assessed.

7.      To date, Plaintiffs have incurred at least $16,874.83 in attorneys' fees and costs in pursuing this matter.

8.      In order to avoid the time and expense of further litigation in this matter, the parties have stipulated and agreed to an entry of judgment in the amount of $78,138.81, representing the sum of the amounts owed for delinquent contributions, liquidated damages, interest, audit fees, and attorneys' fees and costs.

WHEREFORE, the Parties pray that this honorable Court grant this joint motion and enter a Judgment and Order, as follows:

A. That the Court enter judgment against Defendant and in favor of Plaintiffs in the amount of SIXTY-ONE THOUSAND, TWO HUNDRED SIXTY-THREE DOLLARS AND NINETY-EIGHT CENTS ($61,263.98) representing (1) delinquent contributions and associated liquidated damages and interest in the amount of $51,273.98, pursuant to the auditor's findings; (2) audit fees of $9,990.00; and

B. That the Court award Attorneys' fees and costs totaling SIXTEEN THOUSAND, EIGHT HUNDRED AND SEVENTY-FOUR DOLLARS AND EIGHTY-THREE CENTS ($16,874.83) to Plaintiffs

C. That the Court award post-judgment interest on all amounts adjudged to be owed to Plaintiffs at the applicable rate.

Date: December 5, 2025                Respectfully Submitted By:

/s/Naomi Frisch                       /s/Todd A. Miller
Counsel for Plaintiffs                Counsel for Defendant
Asher, Gittler & D'Alba, Ltd.         ALLOCCO, MILLER & CAHILL, P.C.
200 W Jackson, Suite 720              20 N. Wacker Drive, Suite 3517
Chicago, IL 60606                     Chicago, IL 60606
(312)263-1500                         (312) 675-4325
naomi@ulaw.com                        tam@alloccomiller.com