UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-449 |
| Plaintiffs, | | |
| v. | | |
| CRI CONSTRUCTION SERVICES INC, | | |
| Defendant. | | |

### ORDER

This matter is before the court on the Joint Motion Stipulation for Entry of Stipulated Judgment [DE 25] filed by the parties on December 5, 2025. The court, being duly advised and noting the parties' agreement, hereby **ORDERS**:

1. That the Parties Joint Motion for Entry of Stipulated Judgment in favor of Plaintiffs, Trustees of the Construction Workers Pension Trust Fund – Lake County and Vicinity, and the Trustees of the Construction Workers HRA Trust Fund – Lake County and Vicinity, and against Defendant, CRI Construction Services, Inc., is **GRANTED**, and judgment is entered on the terms set forth herein.

2. That Defendant is indebted to Plaintiffs in the total amount of SIXTY-ONE THOUSAND, TWO HUNDRED SIXTY-THREE DOLLARS AND NINETY-EIGHT CENTS ($61,263.98) representing (1) delinquent contributions and associated liquidated damages and interest in the amount of $51,273.98, pursuant to the auditor's findings; (2) audit fees of $9,990.00.

3. That Plaintiffs are entitled to attorneys' fees and costs totaling SIXTEEN THOUSAND, EIGHT HUNDRED AND SEVENTY-FOUR DOLLARS AND EIGHTY-THREE CENTS ($16,874.83).

4. That Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $78,138.81, plus post-judgment interest at the rate of 3.60 %.

5. That the court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

ENTERED this 11th day of December, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge