AO 450 (Rev. 11/11)   Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND *Lake County and Vicinity* <br><br> THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND *Lake County and Vicinity* <br><br> Plaintiffs <br><br> v. <br><br> CRI CONSTRUCTION SERVICES, INC. <br><br> Defendant | ) Civil Action No. 2:23-cv-449 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**  the Plaintiffs, The Trustees of the Construction Workers Pension Trust Fund, The Trustees of the Construction Workers HRA Trust Fund recover from the defendant, CRI Construction Services, Inc. Sixty-One Thousand Two Hundred Sixty-Three Dollars and Ninety-Eight Cents ($61,263.98) comprising of delinquent contributions and associated amounts listed as Fifty-One Thousand Two Hundred Seventy-Three Dollars and Ninety-Eight Cents ($51,273.98), audit fees of Nine Thousand Nine Hundred Ninety Dollars and Zero Cents ($9,990.00), attorney fees and costs of Sixteen Thousand Eight Hundred Seventy-Four Dollars and Eighty-Three Cents ($16,874.83), totaling Seventy-Eight Thousand One Hundred Thirty-Eight Dollars and Eighty-One Cents ($78,138.81) as outlined; plus post-judgment interest at the rate of 3.60 % per annum.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X**  other: JUDGMENT IN ENTERED in favor of the Plaintiffs, The Trustees of the Construction Workers Pension Trust Fund, The Trustees of the Construction Workers HRA Trust Fund and against the Defendant, CRI Construction Services, Inc.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Andrew P. Rodovich on a Joint Motion for Entry of Stipulated Judgement.

DATE: 12/11/2025 _____    *Chanda J. Berta, Clerk of Court*

by___s/J. Barboza_____
*Signature of Clerk or Deputy Clerk*