**REIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| **THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY,** | ) ) ) ) ) ) | **Case No. 23-CV-00449** |
| | ) | **Hon. Philip P. Simon** |
| **Plaintiffs,** | ) ) | **Mag. Andrew P. Rodovich** |
| v. | ) ) | |
| **CRI CONSTRUCTION SERVICES, INC.,** | ) ) | |
| **Judgment-Defendant.** | ) ) ) | |
| **and** | ) ) | |
| **PNC Bank, NA** | ) ) ) | |
| **Garnishee-Defendant** | ) ) | |

### <u>REVISED MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION</u>

**COMES NOW** the undersigned attorney for the Plaintiffs and says:

That the Plaintiffs own a Judgment against the Judgment-Defendant rendered in this cause upon which there remains an unpaid balance of $78,138.81 plus post-judgment interest and costs, that Plaintiffs have no cause to believe that levy of execution against the Judgment-Defendant will satisfy the Judgment, and that the Garnishee-Defendant has or will have property of or an obligation owing to the Judgment-Defendant subject to execution on proceedings supplemental to execution.

1

WHEREFORE, your Affiant prays that the Garnishee-Defendant be ordered to answer the Interrogatories submitted with this motion by mail within twenty-five (25) days of service, and that the Judgment-Defendant be ordered to appear before the Court at such time that accommodates this Court's calendar to answer as to the defendant's non-exempt property subject to execution and proceedings supplemental to execution or to apply such property toward satisfaction of the Judgment.

Further, that the Garnishee-Defendant be advised by an Order of this Court that any property or obligation due CRI Construction Services, Inc., in the hands of the Garnishee-Defendant may now be constituted as liened in favor of Plaintiffs upon any property now or hereafter held by said Garnishee-Defendant and that any disposition of such assets after receipt of the Court's Order and contrary to the ultimate determination of the Court as to existence and amount of such lien will be at the Garnishee-Defendant's risk.

The undersigned affirms under the penalties for perjury that the forgoing representations are true and correct to the best of her knowledge. The following manner of service on Judgment-Defendant and Garnishee-Defendant of any Order granting the hearing Motion is hereby designed: both First Class Mail and Certified Mail, Return Receipt Requested

Respectfully submitted,
By: */s/ Naomi Frisch*
Plaintiffs' Attorney

Naomi Frisch
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
naomi@ulaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2026 I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, and I hereby certify that I have mailed this document via Fax and First Class Mail and Certified Mail, Return Receipt Requested, through the United States Postal Service to the following non-CM/ECF participants:

PNC Bank
c/o Garnishment Processing
B7-YB17-01-B
4100 W. 150th St.
Cleveland Ohio, 44135
Fax: (855)422-8715

Cc: PNC Bank
220 W Market St, Warsaw, IN 46580

*/s/ Naomi Frisch*
Naomi Frisch
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
Fax: (312)263-1520
naomi@ulaw.com

3

**INTERROGATORIES TO BE ANSWERD BY**
**GARNISHEE-DEFENDANT PNC BANK, NA**

1.  Does defendant or has defendant had an account with your bank, if so, what branch?

_____

_____

2.  State the account numbers of said accounts.

_____

3.  Specifically, for each of the accounts identified in interrogatory No. 2, is Account No. _____ a current or closed account for D & M Excavating, Inc.?

_____

_____

4.  State the current balance of each account(s) identified in interrogatory No. 2.

_____

_____

5.  State the authorized signatures for said accounts. Please include address and Social Security Numbers of same.

_____

_____

_____

_____

6.  Are there any Orders in Proceedings Supplemental against said accounts? If so, please identify the account which is so encumbered.

_____

_____

7.  If the answer to the previous interrogatory is in the affirmative, please specify date, amount, name, which Court, Plaintiffs, and cause number of each.

_____

_____

_____

_____

I affirm under the penalties for perjury that the above and foregoing representations are true to the best of my knowledge and belief.

_____

Title: _____

5