

-FILED-
MAR 09 2026
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## INTERROGATORIES TO BE ANSWERD BY GARNISHEE-DEFENDANT PNC BANK, NA

1. Does defendant or has defendant had an account with your bank, if so, what branch?

   NO OPEN PNC BANK ACCOUNTS

2. State the account numbers of said accounts.

   NA

3. Specifically, for each of the accounts identified in interrogatory No. 2 is Account No. _____ a current or closed account for ▇▇▇▇▇ CRI Construction Services, Inc.,

   NA

4. State the current balance of each account(s) identified in interrogatory No. 2.

   NA

5. State the authorized signatures for said accounts. Please include address and Social Security Numbers of same.

   NA

4

6. Are there any Orders in Proceedings Supplemental against said accounts? If so, please identify the account which is so encumbered.

   NA

7. If the answer to the previous interrogatory is in the affirmative, please specify date, amount, name, which Court, Plaintiffs, and cause number of each.

   NA

I affirm under the penalties for perjury that the above and foregoing representations are true to the best of my knowledge and belief.

*REDENA CROCKETT*

Title: PROCESSOR II

5