UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, Plaintiffs, | Case No. 2:23-CV-449 |
| v. | |
| CRI CONSTRUCTION SERVICES, INC., Judgment-Defendant. | |
| and | |
| PNC Bank, NA Garnishee-Defendant | |

**ORDER**

This matter is before the court on the Amended Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 29] filed by the plaintiffs on January 30, 2026. Plaintiffs obtained a stipulated judgment against Judgment-Defendant CRI Construction Services, Inc. in the amount of $78,138.81 on December 11, 2025. [DE 27]. Plaintiffs now seek to enforce that judgment through proceedings supplemental to execution.

Plaintiffs are the owners of a judgment against Judgment-Defendant CRI Construction, Inc. Plaintiffs ask the court to order Judgment-Defendant CRI Construction, Inc., to appear and answer as to its non-exempt property subject to satisfaction of the judgment. Plaintiffs represent that they

have no cause to believe that levy of execution against Defendant will satisfy the judgment. The court agrees.

Plaintiffs further request that PNC Bank be ordered to answer interrogatories as a Garnishee-Defendant who has obligations to Judgment-Defendant CRI Construction, Inc.

The court, being duly advised, hereby **GRANTS** the Amended Motion Enforce Judgment By Proceedings Supplemental to Execution [DE 29] and **ORDERS** Judgment-Defendant CRI Construction, Inc., to appear in person at the **Hammond Federal Courthouse,** located at **5400 Federal Plaza, Hammond, Indiana, 46320, on April 7, 2026 at 10:00 A.M. (Central Time)** to answer as to its income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. Judgment-Defendant CRI Construction, Inc. is hereby **ADVISED** that failure to appear as required or other disobedience of this Order may warrant sanctions by the court.

The court further **ORDERS** that Garnishee-Defendant PNC Bank is **ORDERED** to answer the interrogatories propounded by Plaintiffs and attached to their motion. The court will not order the appearance of this party at the hearing. The court further **ORDERS** that Garnishee-Defendant is hereby advised that any property or obligation due CRI Construction Services, Inc., in the hands of the Garnishee-Defendant may now be constituted as liened in favor of Plaintiffs upon any property now or hereafter held by said Garnishee-Defendant and that any disposition of such assets after receipt of the court's Order and contrary to the ultimate determination of the court as to existence and amount of such lien will be at the Garnishee-Defendant's risk.

The court **ORDERS** Plaintiffs' counsel to serve a copy of the Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 29], this Order, and all other appropriate related documents on Defendant and Garnishee-Defendants by certified mail, return receipt requested.

Plaintiffs shall further **SERVE** PNC Bank in accordance with Ind. Code § 28-9-3-4, including the fee of $5.00 ("An adverse claimant shall do all of the following: ... Pay to the depository financial institution five dollars ($5) for each judgment defendant identified by the adverse claimant under subdivision (1). This fee may not be assessed as a cost to the judgment defendant in the action."). The Motion to Enforce Judgment [DE 28] is **DENIED AS MOOT.**

ENTERED this 19th day of February, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge

REIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, | ) | Case No. 23-CV-00449 |
| Plaintiffs, | ) | Hon. Philip P. Simon |
| v. | ) | Mag. Andrew P. Rodovich |
| CRI CONSTRUCTION SERVICES, INC., | ) | |
| Judgment-Defendant. | ) | |
| and | ) | |
| PNC Bank, NA | ) | |
| Garnishee-Defendant | ) | |

**REVISED MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION**

COMES NOW the undersigned attorney for the Plaintiffs and says:

That the Plaintiffs own a Judgment against the Judgment-Defendant rendered in this cause upon which there remains an unpaid balance of $78,138.81 plus post-judgment interest and costs, that Plaintiffs have no cause to believe that levy of execution against the Judgment-Defendant will satisfy the Judgment, and that the Garnishee-Defendant has or will have property of or an obligation owing to the Judgment-Defendant subject to execution on proceedings supplemental to execution.

WHEREFORE, your Affiant prays that the Garnishee-Defendant be ordered to answer the Interrogatories submitted with this motion by mail within twenty-five (25) days of service, and that the Judgment-Defendant be ordered to appear before the Court at such time that accommodates this Court's calendar to answer as to the defendant's non-exempt property subject to execution and proceedings supplemental to execution or to apply such property toward satisfaction of the Judgment.

Further, that the Garnishee-Defendant be advised by an Order of this Court that any property or obligation due CRI Construction Services, Inc., in the hands of the Garnishee-Defendant may now be constituted as liened in favor of Plaintiffs upon any property now or hereafter held by said Garnishee-Defendant and that any disposition of such assets after receipt of the Court's Order and contrary to the ultimate determination of the Court as to existence and amount of such lien will be at the Garnishee-Defendant's risk.

The undersigned affirms under the penalties for perjury that the forgoing representations are true and correct to the best of her knowledge. The following manner of service on Judgment-Defendant and Garnishee-Defendant of any Order granting the hearing Motion is hereby designed: both First Class Mail and Certified Mail, Return Receipt Requested

Respectfully submitted,
By: */s/ Naomi Frisch*
Plaintiffs' Attorney

Naomi Frisch
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
naomi@ulaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026 I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, and I hereby certify that I have mailed this document via Fax and First Class Mail and Certified Mail, Return Receipt Requested, through the United States Postal Service to the following non-CM/ECF participants:

PNC Bank
c/o Garnishment Processing
B7-YB17-01-B
4100 W. 150th St.
Cleveland Ohio, 44135
Fax: (855)422-8715

Cc: PNC Bank
220 W Market St, Warsaw, IN 46580

*/s/ Naomi Frisch*

Naomi Frisch
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
Fax: (312)263-1520
naomi@ulaw.com

ASHER, GITTLER & D'ALBA, LTD.
200 WEST JACKSON BOULEVARD
SUITE 720
CHICAGO, ILLINOIS 60606

US POSTAGE $000.74

PNC Bank
c/o Garnishment Processing
B7-YB17-01-B
4100 W. 150th St.
Cleveland Ohio, 44135

U.S. POSTAL SERVICE® CERTIFIED MAIL®

9489 0178 9820 3046 6224 77

Label 800-CDT, March 2023

ASHER, GITTLER & D'ALBA, LTD.
200 WEST JACKSON BOULEVARD
SUITE 720
CHICAGO, ILLINOIS 60606

US POSTAGE $009.15

PNC Bank
c/o Garnishment Processing
B7-YB17-01-B
4100 W. 150th St.
Cleveland Ohio, 44135