REIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION
5400 FEDERAL PLAZA, SUITE 2300
HAMMOND, IN 46320