**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, | ) ) ) ) ) ) | Case No. 23-CV-00449 |
| | ) | Hon. Philip P. Simon |
| Plaintiffs, | ) ) | Mag. Andrew P. Rodovich |
| v. | ) ) ) | |
| CRI CONSTRUCTION SERVICES INC, | ) ) | |
| Defendant. | ) | |

**<u>MOTION FOR RULE TO SHOW CAUSE</u>**

Now Come Plaintiffs, the Trustees of the Construction Workers Pension Trust Fund – Lake County and Vicinity, and the Trustees of the Construction Workers HRA Trust Fund, Lake County and Vicinity ("the Funds"), by and through their attorney, Naomi Frisch of Asher, Gittler & D'Alba, Ltd., and hereby moves this Honorable Court to enter an Order directing Defendant CRI Construction Services, Inc. ("CRI") and to appear by its representative and show cause why it should not be found in contempt for failing to respond to the Court's order of February 19, 2026, which directed CRI to appear in Court to answer as to its income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. In support of their motion, Plaintiffs state as follows:

1. On December 11, 2025, this Court entered judgment in favor of Plaintiffs and against Defendant in the amount of $78,138.81 plus post-judgment interest. Dkt. 27.

2. On January 30, 2026, Plaintiffs filed a Revised Motion to Enforce the Judgment by Proceedings Supplemental. Dkt. 29.

3. On February 19, 2026, the Court entered an order directing Garnishee-Defendant PNC Bank to answer interrogatories and ordering Defendant CRI to:

> appear in person at the **Hammond Federal Courthouse**, located at **5400 Federal Plaza, Hammond Indiana 46320**, on **April 7, 2026 at 10:00 A.M. (Central Time)** to answer as to its income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. Judgment-Defendant CRI Construction, Inc. [sic] is hereby **ADVISED** that failure to appear as required or other disobedience of this Order may warrant sanctions by the court.

Dkt. 30.

4. The Court further ordered Plaintiffs to serve a copy of its motion and the Court's order to Defendant by Certified mail, return receipt requested. *Id.*

5. Plaintiffs sent the Order and the Motion to Defendant and PNC Bank via certified mail on February 24, 2026.  Defendant's copy was picked up by Defendant at the post office on March 2, 2026. *See* Exhibit A.

6. Further, Defendant was on notice of the April 7, 2026 hearing because its attorneys of record received notice of the filing of the motion and the order via the Court's CM/ECF system.

7. Garnishee-Defendant PNC Bank Answered interrogatories on March 9, 2026. Dkt. 31.

8. Plaintiffs received no communication from Defendant or its attorneys prior to the hearing.

9. Plaintiffs' counsel attended the hearing on April 7, 2026, prepared to examine CRI regarding its assets. CRI did not appear.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order, directing Defendant CRI Construction Services, Inc., by and through its representative, to appear in person at the **Hammond Federal Courthouse**, located at **5400 Federal Plaza, Hammond Indiana 46320**, on **April 30, 2026 at 10:00 A.M. (Central Time)** and show cause why it should

not be held in contempt for failing to comply with the Court's Order.  Plaintiffs further request that

they be awarded their attorneys' fees and expenses incurred in bringing this Motion.

Dated: April 8, 2026                                    Respectfully Submitted,


/s/ Naomi B. Frisch
Naomi B. Frisch
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd.
Suite 720
Chicago, Illinois 60606
(312) 263-1500
naomi@ulaw.com

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, | ) ) ) ) ) ) | Case No. 23-CV-00449 |
| | ) | Hon. Philip P. Simon |
| Plaintiffs, | ) ) | Mag. Andrew P. Rodovich |
| | ) | |
| v. | ) ) | |
| CRI CONSTRUCTION SERVICES INC, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Naomi B. Frisch, an attorney, states that on April 8, 2026, a copy of the foregoing Motion for Rule to Show Cause has been served on all parties of record via the Court's CM/ECF system; and via Certified Mail to Defendant at its Principal Address, 7285 w 600 North, Larwill, IN 46764.

*/s/ Naomi B. Frisch*
Naomi B. Frisch
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd.
Suite 720
Chicago, Illinois 60606
(312) 263-1500
naomi@ulaw.com
IL ARDC # 6328429