UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

THE TRUSTEES OF THE CONSTRUCTION )
WORKERS PENSION TRUST FUND – )
LAKE COUNTY AND VICINITY; And )    Case No. 2:23-CV-449
THE TRUSTEES OF THE CONSTRUCTION )
WORKERS HRA TRUST FUND – )
LAKE COUNTY AND VICINITY, )
       )
      Plaintiffs, )
       )
    v. )
       )
CRI CONSTRUCTION SERVICES, INC., )
       )
      Judgment- )
      Defendant. )
       )
    and )
       )
PNC Bank, NA )
       )
      Garnishee- )
      Defendant )

$9.15

9489 0178 9820 3046 6193 47

$9.15

9489 0178 9820 3046 6193 54

**ORDER**

    This matter is before the court on the Amended Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 29] filed by the plaintiffs on January 30, 2026. Plaintiffs obtained a stipulated judgment against Judgment-Defendant CRI Construction Services, Inc. in the amount of $78,138.81 on December 11, 2025. [DE 27]. Plaintiffs now seek to enforce that judgment through proceedings supplemental to execution.

    Plaintiffs are the owners of a judgment against Judgment-Defendant CRI Construction, Inc. Plaintiffs ask the court to order Judgment-Defendant CRI Construction, Inc., to appear and answer as to its non-exempt property subject to satisfaction of the judgment. Plaintiffs represent that they

1

Exhibit A

have no cause to believe that levy of execution against Defendant will satisfy the judgment. The court agrees.

Plaintiffs further request that PNC Bank be ordered to answer interrogatories as a Garnishee-Defendant who has obligations to Judgment-Defendant CRI Construction, Inc.

The court, being duly advised, hereby **GRANTS** the Amended Motion Enforce Judgment By Proceedings Supplemental to Execution [DE 29] and **ORDERS** Judgment-Defendant CRI Construction, Inc., to appear in person at the **Hammond Federal Courthouse,** located at **5400 Federal Plaza, Hammond, Indiana, 46320,** on **April 7, 2026 at 10:00 A.M. (Central Time)** to answer as to its income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. Judgment-Defendant CRI Construction, Inc. is hereby **ADVISED** that failure to appear as required or other disobedience of this Order may warrant sanctions by the court.

The court further **ORDERS** that Garnishee-Defendant PNC Bank is **ORDERED** to answer the interrogatories propounded by Plaintiffs and attached to their motion. The court will not order the appearance of this party at the hearing. The court further **ORDERS** that Garnishee-Defendant is hereby advised that any property or obligation due CRI Construction Services, Inc., in the hands of the Garnishee-Defendant may now be constituted as liened in favor of Plaintiffs upon any property now or hereafter held by said Garnishee-Defendant and that any disposition of such assets after receipt of the court's Order and contrary to the ultimate determination of the court as to existence and amount of such lien will be at the Garnishee-Defendant's risk.

The court **ORDERS** Plaintiffs' counsel to serve a copy of the Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 29], this Order, and all other appropriate related documents on Defendant and Garnishee-Defendants by certified mail, return receipt requested.

Plaintiffs shall further **SERVE** PNC Bank in accordance with Ind. Code § 28-9-3-4, including the fee of $5.00 ("An adverse claimant shall do all of the following: ... Pay to the depository financial institution five dollars ($5) for each judgment defendant identified by the adverse claimant under subdivision (1). This fee may not be assessed as a cost to the judgment defendant in the action."). The Motion to Enforce Judgment [DE 28] is **DENIED AS MOOT**.

ENTERED this 19th day of February, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge

# USPS Tracking®

FAQs >

Tracking Number:                                              Remove ✕

## 9489017898203046619347

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 2:21 pm on March 2, 2026 in COLUMBIA CITY, IN 46725.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

COLUMBIA CITY, IN 46725
March 2, 2026, 2:21 pm

**Held at Post Office, At Customer Request**

LARWILL, IN 46764
February 27, 2026, 2:16 pm

**Held at Post Office, At Customer Request**

LARWILL, IN 46764
February 27, 2026, 2:16 pm

**Departed USPS Regional Facility**

FORT WAYNE IN DISTRIBUTION CENTER
February 26, 2026, 8:22 pm

**Arrived at USPS Regional Destination Facility**

FORT WAYNE IN DISTRIBUTION CENTER
February 26, 2026, 11:42 am

**Arrived at USPS Regional Origin Facility**

Feedback

USDC IN/ND case 2:23-cv-00449-APR    document 33-1    filed 04/08/26    page 5 of 5

BEDFORD PARK IL DISTRIBUTION CENTER
February 24, 2026, 9:45 pm

**Accepted at USPS Origin Facility**

CHICAGO, IL 60606
February 24, 2026, 8:30 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs