UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THE TRUSTEES OF THE CONSTRUCTION WORKERS PENSION TRUST FUND – LAKE COUNTY AND VICINITY; And THE TRUSTEES OF THE CONSTRUCTION WORKERS HRA TRUST FUND – LAKE COUNTY AND VICINITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 2:23-cv-449 |
| v. | ) ) | |
| CRI CONSTRUCTION SERVICES INC, | ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Motion for Order to Show Cause [DE 33] filed by Plaintiffs on April 8, 2026. The parties were scheduled to appear in-person before Judge Rodovich for proceeding supplemental on Tuesday, April 7, 2026 at 10:00 AM. [DE 30; DE 32]. Plaintiffs appeared by Attorney Naomi Frisch. Defendant failed to appear. The court ordered Plaintiffs to file a Motion for Rule to Show Cause, attaching proof of service of the court's Order to appear.

The court has reviewed Plaintiffs' motion and hereby orders:

1. Plaintiffs' Motion for Rule to Show Cause is **GRANTED**. Defendant, CRI Construction Services, Inc. is required to appear, by and through its representative, in person at the **Hammond Federal Courthouse**, located at **5400 Federal Plaza, Hammond Indiana 46320**, on **April 28, 2026 at 10:00 A.M. (Central Time)** and show cause why it should not be held in contempt for failing to comply with the court's Order, and to answer as to its income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution.

1

2. Plaintiff shall file an affidavit of fees and costs incurred in attending the April 7, 2026 hearing, in filing the Motion for Rule to Show Cause, and, if Defendant does not appear, in attending the April 28, 2026 hearing. Upon receipt of the affidavit and approval by the court, Defendant will be ordered to pay Plaintiffs the approved sum within thirty (30) days of such approval, such sum not to be deducted against the Judgment amount, or else be held in Contempt.

3. The court **ORDERS** Plaintiffs' counsel to serve a copy of the Motion Order to Show Cause [DE 33] and this Order on Defendant and Garnishee-Defendants by certified mail, return receipt requested.

ENTERED this 13th day of April, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge